ACCEPTED
01-15-00484-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 3:13:29 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00485-CR

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | IN THE | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | | 8/13/2015 3:13:29 PM |
| VS. | § | 1 COURT | CHRISTOPHER A. PRINE<br>Clerk |
| | § | | |
| CHRISTIAN AVERY NORRIS | § | OF APPEALS | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes CHRISTIAN AVERY NORRIS, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 230TH Judicial District Court of HARRIS County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. CHRISTIAN AVERY NORRIS, and numbered 1432805.

3.    Appellant was convicted of Violation of Protective Order.

4.    Appellant was assessed a sentence of Assault Bodily Injury Family Member on April 29, 2015.

5.    Notice of appeal was given on May 6, 2015.

6.    The clerk's record was filed on June 22, 2015; the reporter's record

was filed on June 26, 2015.

7. The appellate brief is presently due on August 17, 2015.

8. Appellant requests an extension of time of 20 days from the present date.

9. One extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Counsel has had a very busy hearing and trial schedule.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Syngman Stevens
200 Highway 90-A Suite B
Richmond, Texas 77461
Tel: (281) 344-9997
Fax: (281) 344-0105

By: _____
Syngman Stevens
State Bar No. 24043219
sstevensattorney@yahoo.com
Attorney for CHRISTIAN AVERY NORRIS

## CERTIFICATE OF SERVICE

This is to certify that on August 13, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, Texas, by electronic service through the Electronic Filing Manager.

Syngman Stevens

STATE OF TEXAS §
§
COUNTY OF HARRIS §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Syngman Stevens, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

ISABEL PACKER
My Commission Expires
July 23, 2016



Syngman Stevens
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on 8/13/15 , 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas